No. 82.  J. F. HUMBURG, TRUSTEE, *v.* WONG KWAI.  Exceptions from circuit court, first circuit.  Submitted and decided May 29, 1907.  Frear, C.J., Hartwell and Wilder, JJ.  Assumpsit on note.  Answer filed one day after time limited by statute. Motions to strike out answer and for order declaring default granted and exceptions taken.  Per curiam:  The exceptions are overruled.  Rev. L., Secs. 1718, 1728.  See also *Hackfeld v. Achi,* 16 Haw. 489; *Western Nat. Bank v. Peacock,* 18 Haw. 161; 21 Enc. Pl. & Pr. 707, 708.  *Thompson & Clemons* for plaintiff.  *C. W. Ashford* for defendant.